**IT IS ORDERED as set forth below:**

**Date: September 4, 2019**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| SIEGLINDE THIGPEN, | : | |
| | : | CASE NO. 19-62535-jwc |
| | : | |
| Debtor. | : | |

### ORDER GRANTING MOTION TO APPOINT NELLIE ALBER AS NEXT FRIEND FOR SIEGLINDE THIGPEN AND TO EXCUSE SIEGLINDE THIGPEN FROM COMPLETING A CREDIT COUNSELING COURSE AND POST-PETITION FINANCIAL MANAGEMENT COURSE

This matter came before the Court on Debtor's Motion to Appoint Nellie Alber as Next Friend for Sieglinde Thigpen (the "Debtor") and to Excuse Sieglinde Thigpen from Completing a Credit Counseling Course and Post-Petition Financial Management Course (the "Motion"). The Court held a hearing on the Motion on August 29, 2019. Will Geer appeared on behalf of the Debtor, and Neil Gordon appeared in his capacity as Chapter 7 Trustee. No party objected to the relief requested. Accordingly, for good cause shown and based upon the testimony of Ms. Alber, it is hereby:

**ORDERED** that Nellie Alber shall be appointed "next friend" of Sieglinde Thigpen and shall appear at Debtor's 341 meeting and testify to the best of her ability regarding the Debtor's schedules and financial affairs; and it is further

**ORDERED** that Debtor has been found to be both mentally and physically incapacitated pursuant to 11 U.S.C. § 109(h)(4); therefore, she is excused from the requirement under 11 U.S.C. § 109(h)(1) to complete a credit counseling course prior to filing the instant case and excused from completing a post-petition financial management course under 11 U.S.C. § 727(a)(11).

-END OF DOCUMENT-

Prepared and submitted by:

/s/  Will B. Geer
Will Geer
State Bar No. 940493
Wiggam & Geer, LLC
Attorney for Debtor
50 Hurt Plaza, SE, Suite 1245
Atlanta, Georgia 30303
T: (404) 233-9800
F: (404) 287-2767
wgeer@wiggamgeer.com

```
Distribution List
Label Matrix for local noticing        ENERBANK USA                              FIRST SOURCE ADVANTAGE LLC
113E-1                                 PO BOX 26856                              205 BRYANT WOODS SOUTH
Case 19-62535-jwc                      SALT LAKE CITY , UT 84126-0856            AMHERST, NY 14228-3609
Northern District of Georgia
Atlanta
Wed Sep  4 07:33:27 EDT 2019

Will B. Geer                           (p)GEORGIA DEPARTMENT OF REVENUE          Neil C. Gordon
Wiggam & Geer, LLC                     COMPLIANCE DIVISION                       Arnall, Golden & Gregory, LLP
Suite 1245                             ARCS BANKRUPTCY                           Suite 2100
50 Hurt Plaza SE                       1800 CENTURY BLVD NE SUITE 9100           171 17th Street, NW
Atlanta, GA 30303-2916                 ATLANTA GA 30345-3202                     Atlanta, GA 30363-1031


Internal Revenue Service               ONE MAIN FINANCIAL                        Office of the United States Trustee
CIO                                    NEW HOLLAND MARKET STE 400                362 Richard Russell Building
P.O. Box 7346                          STE 400                                   75 Ted Turner Drive, SW
Philadelphia, PA 19101-7346            GAINESVILLE, GA 30501                     Atlanta, GA 30303-3315



PAY PAL CREDIT                         PRA Receivables Management, LLC           SYNCHRONY BANK
SIMM ASSOCIATES INC                    PO Box 41021                              2365 NORTHSIDE DR
800 PENCADER DR                        Norfolk, VA 23541-1021                    STE 300
NEWARK, DE 19702-3354                                                            SAN DIEGO, CA 92108-2709



SYNCHRONY BANK SAMS CLUB MC            Synchrony Bank                            Sieglinde Keufier Thigpen
CLIENT SERVICES                        c/o PRA Receivables Management, LLC       514 Heathrow Way
3451 HARRY S TRUMAN BLVD               PO Box 41021                              Stone Mountain, GA 30087-4821
ST CHARLES, MN 63301-9816              Norfolk, VA 23541-1021



(p)US BANK                             United States Attorney                    Wells Fargo Signature Card
PO BOX 5229                            Northern District of Georgia              PO BOX 7053
CINCINNATI OH 45201-5229               75 Ted Turner Drive SW, Suite 600         MINNEAPOLIS, MN 55407-0053
                                       Atlanta GA 30303-3309




              The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
              by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).



Georgia Department of Revenue          US BANK                                   End of Label Matrix
1800 Century Boulevard                 PO BOX  790408                            Mailable recipients    17
Suite 9100                             ST LOUIS, MO 63179-0408                   Bypassed recipients     0
Atlanta, GA 30345-0000                                                           Total                  17
```